IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ronald W. Colley, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:09-1313-MBS-RSC |
| | ) | |
| vs. | ) | PLAINTIFF'S MOTION TO DISMISS |
| | ) | FEDERAL CLAIMS |
| W. G. Connors and Leon Lott, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The instant action was filed *pro se* in state court by the plaintiff, who is not a lawyer and has no legal training. The action was removed to federal court by the defendants. The plaintiff later hired his present counsel to assume the prosecution of his claims. The plaintiff's counsel subsequently amended the complaint to more specifically and clearly allege the purported causes of action – without objection from the defendants.

Now that substantial discovery has been completed, the plaintiff hereby moves the court for an order dismissing his federal claims with prejudice and allowing him to pursue his state claims in state court.

                                                        **BOLT LAW FIRM**

                                                        /s/ J. Dennis Bolt_____
                                                        J. DENNIS BOLT, #1375
                                                        Post Office Box 137
                                                        1116 Blanding Street, 2nd Floor
                                                        Columbia, South Carolina 29202
                                                        (803) 256-7335

**Columbia, South Carolina**
**May 21, 2010.**